## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KEITH NICHOLSEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | COMPLAINT FOR DAMAGES |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| SHAMALI DENNERY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| SHAMALI DENNERY, ) | |
| ) | |
| Third-Party Plaintiff, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | COMPLAINT FOR DAMAGES |
| ) | |
| BERNARD WESSELHOFT d/b/a Slim Man's ) | |
| Parking Lot, ) | JURY TRIAL DEMANDED |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

| | |
|---|---|
| SHAMALI DENNERY, ) | |
| ) | |
| Cross Claimant, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | COMPLAINT FOR CONTRIBUTION |
| ) | |
| UNITED STATES OF AMERICA, ) | JURY TRIAL DEMANDED |
| ) | |
| Cross Defendant. ) | |
| ) | |

| | |
|---|---|
| SHAMALI DENNERY, ) | |
| ) | |
| Counter Claimant, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | COMPLAINT FOR DAMAGES |
| ) | |
| KEITH NICHOLSEN, ) | JURY TRIAL DEMANDED |
| ) | |
| Counter Defendant. ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the Plaintiff Keith Nicholsen's ("Nicholsen") Motion to Continue Trial Date, currently scheduled for February 22, 2022. (ECF No. 97.) For the reasons stated herein, the Court will grant the motion to continue.

On January 28, 2022, Nicholsen filed a motion to continue trial, ECF No. 97. In the motion, counsel for Nicholsen asserts that he is unable to travel by airplane to the Virgin Islands for trial for medical reasons. He requests to continue the jury trial "until at least August 2022, at which time travel should be safe for high risk individuals." *Id.* at 1. Further, in the Thirty-Third Order Concerning Operations of the District Court of the Virgin Islands During the COVID-19 Outbreak, the Court ordered that all civil and criminal jury trials scheduled in February of 2022 be continued pending further Order of the Court to prevent large gatherings of people in the courtroom.[1]

The premises considered, it is hereby

**ORDERED** that the Plaintiff Nicholsen's Motion to Continue Trial, ECF No. 97, is **GRANTED**; and it is further

**ORDERED** that the jury selection and trial in this matter **SHALL** commence promptly at 9:00 a.m. on August 29, 2022, in St. Thomas Courtroom 1.

**Dated:** February 8, 2022         */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**

---

[1] *See* https://www.vid.uscourts.gov/sites/vid/files/general-ordes/Order%20-%20Thirty-Third%20Operational%20Order%20Concerning%20COVID-19%20Outbreak.pdf.