# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KEITH NICHOLSEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | |
| ) | COMPLAINT FOR DAMAGES |
| UNITED STATES OF AMERICA and ) | |
| SHAMALI DENNERY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |
| SHAMALI DENNERY, ) | |
| ) | |
| Third Party Plaintiff, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | |
| ) | COMPLAINT FOR DAMAGES |
| BERNARD WESSELHOFT d/b/a Slim Man's ) | |
| Parking Lot, ) | JURY TRIAL DEMANDED |
| ) | |
| Third Party Defendant. ) | |
| ) | |
| SHAMALI DENNERY, ) | |
| ) | |
| Cross Claimant, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | COMPLAINT FOR CONTRIBUTION |
| ) | |
| UNITED STATES OF AMERICA, ) | JURY TRIAL DEMANDED |
| ) | |
| Cross Defendant. ) | |
| ) | |
| SHAMALI DENNERY, ) | |
| ) | |
| Counter Claimant, ) | Case No. 3:20-cv-0023 |
| ) | |
| v. ) | COMPLAINT FOR DAMAGES |
| ) | |
| KEITH NICHOLSEN, ) | JURY TRIAL DEMANDED |
| ) | |
| Counter Defendant. ) | |

*Nicholsen v. United States et al.*
Case No. 3:20-cv-0023
Order
Page 2 of 3

**ATTORNEYS:**

**Thomas Friedberg**
Law Offices of Friedberg & Bunge
San Diego, CA
> *For Plaintiff and Counter Defendant Keith Nicholsen and*
> *Third Party Defendant Bernard Wesselhoft*

**Kimberly L. Cole**
United States Attorney's Office
St. Thomas, VI
> *For Defendant and Cross Defendant United States of America*

**Gaylin Vogel**
Law Office of Kevin F. D'Amour, PC
St. Thomas, VI
> *For Defendant, Third Party Plaintiff, Cross Claimant, and Counter Claimant*
> *Shamali Dennery*

## ORDER

**BEFORE THE COURT** is the motion of the United States of America (the "Government") to dismiss the complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), filed on June 22, 2020. (ECF Nos. 16). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the United States' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction, ECF No. 16, is **GRANTED**; it is further

**ORDERED** that Plaintiff Nicholsen's complaint is **DISMISSED without prejudice**; it is further

**ORDERED** that Defendant Dennery's crossclaim is **DISMISSED**; it is further

**ORDERED** that Defendant Dennery's counterclaim is **DISMISSED**; it is further

**ORDERED** that Defendant Dennery's third-party complaint is **DISMISSED**; it is further

**ORDERED** that the Government's Motion to Dismiss Dennery's Crossclaim, ECF No. 40, is **MOOT**; it is further

**ORDERED** that the Government's motions to stay discovery, ECF Nos. 74 and No. 77, are **MOOT**; it is further

**ORDERED** that Nicholsen's Motion for Leave to File Supplemental Opposition to Defendant's Motion to Dismiss, ECF No. 80, is **MOOT**; it is further

**ORDERED** that the Government's Motion for Summary Judgment, ECF No. 82, is **MOOT**; it is further

**ORDERED** that Dennery's Motion for Certification that Shamali Dennery was Acting within the Scope of his Employment, ECF No. 88, is **MOOT**; it is further

**ORDERED** that Dennery's Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for Summary Judgment, ECF No. 94, is **MOOT;** it is further

**ORDERED** that the Plaintiff **SHALL** file a motion to amend the complaint, asserting a plausible claim under the FTCA, within twenty-one (21) days of the date of entry of this Order. Defendants **SHALL** file a response no later than fourteen (14) days after filing and service of the motion. Plaintiff **SHALL** have ten (10) days after filing and service of Defendants' response to file a reply. There shall be no further briefing without leave of the Court.

**DATED:** March 28, 2022  /s/ *Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**